Ex. 1

# Exhibit 1

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Mon Jul 29 03:32:30 EDT 2019

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

# Ringba

| | |
|---|---|
| **Word Mark** | RINGBA |
| **Goods and Services** | IC 042. US 100 101. G & S: Cloud computing featuring software for use in sales and marketing and call centers, namely, for use in providing management, monitoring, reporting, marketing attribution, and analytics of telecommunication, Voice Over IP, SMS Messaging, call routing, pay per call tracking, affiliate programs, affiliate tracking, media buying, click arbitrage as well as compliance monitoring of publishers, advertisers and affiliates; Software as a service (SAAS) services, namely, hosting software for use by others for use in the field of sales, marketing and advertising, namely, for use in providing management, monitoring, reporting, marketing attribution, and analytics of telecommunication, Voice Over IP, SMS Messaging, call routing, pay per call tracking, affiliate programs, affiliate tracking, media buying, click arbitrage as well as compliance monitoring of publishers, advertisers and affiliates. FIRST USE: 20150610. FIRST USE IN COMMERCE: 20150610 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 87601416 |
| **Filing Date** | September 8, 2017 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 6, 2018 |
| **Registration Number** | 5452036 |
| **Registration Date** | April 24, 2018 |
| **Owner** | (REGISTRANT) Acquisition Management, Inc CORPORATION WYOMING Ste 100 412 N Main Street Buffalo WYOMING 82834 |

Ex. 1

| | |
|---|---|
| **Attorney of Record** | Stacy D. Stein |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.**HOME** | **SITE INDEX**| **SEARCH** | **e**BUSINESS | **HELP** | **PRIVACY POLICY**

Ex. 1