# Exhibit 3



Better than Ringba | Supports SMS, Answering Calls

Ad www.aloware.com/call-tracking/500-free-offer ▼

Pay As You Go 3 cent/min | Show us your **Ringba's** invoice and we beat it by 30% White Label Option | Buyer Logins | Pay Per Call Industry Favorite | Web Phone, IVR & SMS. 2 Week Free Trial. Get Your Demo + Analysis. First 5 Numbers Free. First 500 Minutes On Us.

Pricing · Inbound Cloud Call Center · Outbound Cloud Dialer App · Modern Business Phone App