# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ACQUISITION MANAGEMENT, INC.

PLAINTIFF(S),

v.

ZYNPASS, LLC, et al.

DEFENDANT(S).

CASE NUMBER:

5:19−cv−01870

**NOTICE OF INTRA-DISTRICT TRANSFER BY CLERK OF COURT**

To: All Counsel Appearing of Record

Due to clerical error, this case was improperly assigned to the ___ Division of this District. Pursuant to General Order 19-03 this case is hereby transferred to the ___ Division for all further proceedings.

X     Case was opened in the CM/ECF System by counsel, and provisionally assigned to a division of this Court. After review of the pleadings, pursuant to the General Orders of the Court, this case is hereby transferred to the __Western__ Division.

This case has been reassigned to case number __2:19−cv−08481−AS__ and has been assigned to __Magistrate Judge Alka Sagar__ for all further proceedings.

Any matters that are or may be referred to a Magistrate Judge are hereby assigned/reassigned to ___ for:

any discovery and/or post-judgment matters that may be referred.

for all proceedings in accordance with General Order 05-07.

All subsequent documents filed must reflect the new case number and newly assigned District Judge's/Magistrate Judge's initials as follows: __2:19−cv−08481−AS__. Unless documents are exempted from electronic filing, they must be filed electronically on the docket under the new case number.

**Please be advised that no further filings may be made under case number __5:19−cv−01870__. Any such filings made after the date of entry of this Notice may not be reviewed or considered by the Court.**

Clerk, U.S. District Court

By: _/s/ Luz Hernandez_
 _luz_hernandez@cacd.uscourts.gov_
Deputy Clerk

*cc: Previously assigned Judge/Magistrate Judge; Deputy-In-Charge; Statistics Clerk*