| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Hankin Patent Law, APC<br>12400 WILSHIRE BLVD STE 1265<br>LOS ANGELES  CA  90025 | (310) 979-3600 | |
| ATTORNEY FOR (Name)  Plaintiff | | |

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
Acquisition Management, Inc. v. Zynpass LLC

| 3581295 | (HEARING) Date | Time | Dept | Case Number:<br>219CV08481AS |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>Acquisition - Zynpass |

## PROOF OF SERVICE OF SUMMONS

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION

2. I SERVED COPIES OF THE:
   SUMMONS & COMPLAINT
   CIVIL COVER SHEET
   CERTIFICATION AND NOTICE OF INTERESTED PARTIES
   NOTICE OF INTRA-DISTRICT TRANSFER BY CLERK OF COURT
   NOTICE TO COUNSEL ; REMINDER NOTICE
   REPORT ON THE FILING OR DETERMINATION

3. a. PARTY SERVED:  ZYNPASS, LLC DBA ALOWARE

   GKL Corporate/Search, Inc., Agent for Service

   b. PERSON SERVED: SARNA LISH, AUTHORIZED TO RECEIVE
   CAUCASIAN FEMALE, 40YRS 5'7" 200LBS. GRAY HAIR

4. c. ADDRESS:  One Capitol Mall Ste 660
   Sacramento   CA   95814

5. I SERVED THE PARTY NAMED IN ITEM 2
   a. BY PERSONALLY DELIVERING THE COPIES
   ON  10/18/2019  AT  3:00:00 PM

6. THE "NOTICE TO PERSON SERVED" WAS COMPLETED AS FOLLOWS:
   d. ON BEHALF OF:
   ZYNPASS, LLC DBA ALOWARE
   GKL Corporate/Search, Inc., Agent for Service

   UNDER THE FOLLOWING CODE OF CIVIL PROCEDURE SECTION : OTHER-LIMITED LIABILITY COMPANY

   d. The fee for service was  $133.90

7a. Person Serving:  Katrina  Williams
   e. I am:
   (1)  not a registered California process server:
   b. DDS Legal Support
   2900 Bristol St
   Costa Mesa, Ca 92626
   (3) X  registered California process server:
      (i) Independent Contractor
      (i) Registration No: 2015-10
   c. (714) 662-5555
      (i) County:  SACRAMENTO

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Katrina  Williams
10/25/2019

SIGNATURE

Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]                     PROOF OF SERVICE                     CRC 982(A)(23)