**JOSEPH MISKABI, ESQ. (SBN 279735)**
**LAW OFFICES OF JOSEPH MISKABI**
**9454 Wilshire Blvd. Suite 600**
**Beverly Hills, CA 90212**
**Telephone: (424) 245-5740**
**Facsimile: (866) 202-9176**

Attorney for Defendant
ZYNPASS, LLC, dba Aloware

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACQUISITION MANAGEMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ZYNPASS, LLC, dba Aloware, and DOES 1-5, <br><br> Defendants. | Case No. 5:19-cv-08481 <br><br> **STIPULATION TO EXTEND TIME FOR ZYNPASS, LLC TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** <br><br> Current response date for Defendant: November 8, 2019 <br><br> New response date for Defendant: November 25, 2019 |

     Plaintiff ACQUISITION MANAGEMENT, INC. ("Plaintiff") and Defendant ZYNPASS, LLC, dba Aloware ("Defendant") hereby stipulate that Defendant may file and serve its response to Plaintiff's Complaint in this action by November 25, 2019.

     This is the first stipulation for such extension of time in this action. Because this stipulation does not extend time for more than thirty (30) days, pursuant to L.R. 8-3, the stipulation need not be approved by the Judge.

     Nothing herein constitutes a waiver of any arguments or defenses that Defendant may assert in its responsive pleading. All such arguments and defenses are expressly reserved.

```
DATED:  November 5, 2019          Respectfully submitted,

                                  LAW OFFICES OF JOSEPH MISKABI


                                  By:    /s/ JOSEPH MISKABI
                                             JOSEPH MISKABI
                                          Attorneys for Defendant

DATED:  November 5, 2019          Respectfully submitted,

                                  HANKIN PATENT LAW


                                  By:    /s/ MARC E. HANKIN
                                             MARC E. HANKIN
                                          Attorneys for Plaintiff
```

**SIGNATURE ATTESTATION**

  I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

            LAW OFFICES OF JOSEPH MISKABI

Dated: November 5, 2019     By: /s/ JOSEPH MISKABI
               JOSEPH MISKABI
               Attorneys for Defendant

**CERTIFICATE OF SERVICE**
*ACQUISITION v. ZYNPASS, LLC*
Case No. 5:19-CV-1870

I hereby certify that on November 8, 2019, copies of the foregoing **STIPULATION TO EXTEND TIME** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By:   /s/ Joseph Miskabi

JOSEPH MISKABI