Leo A. Bautista, SB# 149889
Esther Y. Shin, SB# 324049

LEWIS BRISBOIS BISGAARD & SMITH LLP

633 West 5th St., Ste 4000

Los Angeles, CA 90071

Tel.: 213-250-1800

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACQUISITION MANAGEMENT, INC.<br><br>Plaintiff(s)<br><br>v.<br><br>ZYNPASS, LLC dba ALOWARE<br><br>Defendant(s) | CASE NUMBER:<br>2:19-cv-08481-AS<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

ZYNPASS, LLC     ☐ Plaintiff   ☒ Defendant   ☐ Other
*Name of Party*

to substitute   Leo Bautista, Esq.   who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

LEWIS BRISBOIS BISGAARD & SMITH LLP, 633 West 5th St., Suite 4000
*Street Address*

Los Angeles, CA 90071                   Leo.Bautista@lewisbrisbois.com
*City, State, Zip*                      *E-Mail Address*

213-250-1800             213-250-7900             149889
*Telephone Number*       *Fax Number*             *State Bar Number*

as attorney of record instead of  Joseph Miskabi
                    *List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**   ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____          _____
                                        U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (09/17)     (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY

American LegalNet, Inc.
www.FormsWorkFlow.com