NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Leo A. Bautista, SB# 149889
Esther Y. Shin, SB# 324049
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 W. 5th Street, Suite 4000
Los Angeles, CA
Tel.: 213-250-1800
Fax.: 213-250-7900

ATTORNEY(S) FOR: Defendant ZYNPASS, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ACQUISITION MANAGEMENT, INC.

Plaintiff(s),

v.

ZYNPASS, LLC dba ALOWARE

Defendant(s).

CASE NUMBER:
2:19-cv-08481-AS

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendant ZYNPASS, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| ACQUISITION MANAGEMENT, INC. | Plaintiff |
| ZYNPASS, LLC | Defendant |
| HISCOX USA | Insurance Carrier for Defendant |

11/25/19
Date

/s/ Leo A. Bautista
Signature
Leo A. Bautista

Attorney of record for (or name of party appearing in pro per):

Zynpass, LLC

