| | |
|---|---|
| Leo A. Bautista, SB# 149889<br>Esther Y. Shin, SB# 324049<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>633 West 5th St., Ste 4000<br>Los Angeles, CA 90071<br>Tel.: 213-250-1800 | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACQUISITION MANAGEMENT, INC.<br><br>                                  Plaintiff(s)<br>v.<br><br>ZYNPASS, LLC dba ALOWARE<br><br>                                  Defendant(s) | CASE NUMBER:<br><br>CV19-08481-AS<br><br>(~~PROPOSED~~) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

ZYNPASS, LLC          ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute  Leo Bautista, Esq.                                                                      who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

LEWIS BRISBOIS BISGAARD & SMITH LLP, 633 West 5th St., Suite 4000
*Street Address*

Los Angeles, CA 90071                    Leo.Bautista@lewisbrisbois.com
*City, State, Zip*                        *E-Mail Address*

213-250-1800              213-250-7900              149889
*Telephone Number*         *Fax Number*              *State Bar Number*

as attorney of record instead of  Joseph Miskabi
                                  *List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**   ☒ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  November 26, 2019                    / s /
                                            Honorable Alka Sagar
                                            United States Magistrate Judge

G–01 ORDER (09/17)       (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY


American LegalNet, Inc.
www.FormsWorkFlow.com