Marc E. Hankin (SBN 170505)
Marc@hankinpatentlaw.com
Anooj Patel (SBN 300297)
Anooj@hankinpatentlaw.com
**HANKIN PATENT LAW, APC**
12400 Wilshire Boulevard, Suite 1265
Los Angeles, CA 90024
Tel: (310) 979-3600
Fax: (310) 979-3603

Attorney for PLAINTIFF,
**ACQUISITION MANAGEMENT, INC.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACQUISITION MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZYNPASS, LLC dba ALOWARE, and <br><br> DOES 1-5, inclusive, <br>             Defendants. | Case No. 2:19-cv-08481-PSG-PLA <br><br> **REQUEST TO STAY DEADLINES AND NOTICE OF SETTLEMENT** <br><br> Hon. Philip S. Gutierrez |

Plaintiff Acquisition Management ("Plaintiff") and Zynpass ("Defendant"), by and through their undersigned attorneys, hereby notify the Court that they have reached a settlement that will result in dismissal of this case. Accordingly, the parties submit this Notice of Settlement and Plaintiff requests that the Court issue an order staying the above captioned case for thirty (30) days, pending submission of dismissal papers. At this time, Plaintiff and Defendant have executed a Settlement Agreement and are in the process of complying with the terms contained therein.

Dated:      June 8, 2020                    HANKIN PATENT LAW APC

By: /Marc E. Hankin/

Attorneys for Plaintiff
Acquisition Management, Inc.