Marc E. Hankin (SBN 170505)
Marc@hankinpatentlaw.com
Anooj Patel (SBN 300297)
Anooj@hankinpatentlaw.com
**HANKIN PATENT LAW, APC**
12400 Wilshire Boulevard, Suite 1265
Los Angeles, CA 90024
Tel: (310) 979-3600
Fax: (310) 979-3603

Attorney for PLAINTIFF,
**ACQUISITION MANAGEMENT, INC.**

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
LEO A. BAUTISTA, SB# 149889
 E-Mail: Leo.Bautista@lewisbrisbois.com
ESTHER Y. SHIN, SB# 324049
 E-Mail: Esther.Shin@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant Zynpass, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ACQUISITION MANAGEMENT, INC.<br><br>Plaintiff,<br><br>vs.<br><br>ZYNPASS, LLC dba ALOWARE,<br><br>Defendant. | CASE NO. 2:19-CV-08481-PSG<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Hon. Philip S. Gutierrez<br><br>Trial Date:   None Set |

IT IS HEREBY STIPULATED by and between the Plaintiff Acquisition Management, Inc., on the one hand, and Defendant Zynpass, LLC dba Aloware, on the other hand, by themselves and through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1) and (2), this Court enter

4816-6392-3393.1

1 | a dismissal with prejudice in its entirety of Defendant Zynpass from Plaintiff's
2 | Complaint, Case No. 2:19-CV-08481-AS.
3 |     On June 9, 2020, the Court entered an Order dismissing the action without
4 | prejudice.  At this time, the parties herein have completed the settlement of the
5 | present action. The parties therefore request that Plaintiff's Complaint be dismissed
6 | with prejudice in its entirety. Each party shall bear its own fees and costs.

**IT IS SO STIPULATED.**

DATED: June 25, 2020

MARC E. HANKIN
ANOOJ PATEL
HANKIN PATENT LAW, APC


By: */Marc E. Hankin/*
Marc E. Hankin
Attorneys for Plaintiff Acquisition Management, Inc.


DATED: June 25, 2020

LEO A. BAUTISTA
ESTHER Y. SHIN
LEWIS BRISBOIS BISGAARD & SMITH LLP


By: /s/Leo A. Bautista
Leo A. Bautista
Attorneys for Defendant Zynpass, LLC

4816-6392-3393.1

2