UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ACQUISITION MANAGEMENT, INC.<br><br>Plaintiff,<br><br>vs.<br><br>ZYNPASS, LLC dba ALOWARE,<br><br>Defendant. | CASE NO. 2:19-CV-08481-PSG<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Hon. Philip S. Gutierrez<br><br>Trial Date:    None Set |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Acquisition Management, Inc.'s entire action is dismissed with prejudice in its entirety. Each party shall bear its own fees and costs.

DATED: June ___, 2020

_____
The Honorable Philip S. Gutierrez
United States District Court