E-FILED
JUN 26 2020
Document #_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| ACQUISITION MANAGEMENT, INC. | CASE NO. 2:19-CV-08481-PSG |
|---|---|
| Plaintiff, | [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE |
| vs. | Hon. Philip S. Gutierrez |
| ZYNPASS, LLC dba ALOWARE, | Trial Date:    None Set |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Acquisition Management, Inc.'s entire action is dismissed with prejudice in its entirety. Each party shall bear its own fees and costs.

DATED: June 26, 2020

_[signature]_

The Honorable Philip S. Gutierrez
United States District Court

4816-6392-3393.1

3